# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                              dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                               ltrust@osbornlawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2025

February 19, 2025

**VIA ECF**

Application GRANTED. SO ORDERED.
Dated: February 20, 2025

*/s/ Stewart D. Aaron*

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

             Re:     *Grullon v. Commissioner of Social Security,*
                       Civil Action 1:24-cv-08828-SDA

Dear Judge Aaron,

       We write on behalf of plaintiff, Raul E. Grullon, and with the consent of the defendant, to request an extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on February 23, 2025, per the Court's November 21, 2024 Standing Scheduling Order. This is the parties first request for an extension.

       Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before: **May 26 2025**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **July 25, 2025**; and

3. Plaintiff to file his reply, if any, on or before: **August 8, 2025.**

---

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036      Facsimile 212-500-5115      info@osbornlawpc.com

Honorable Stewart D. Aaron
February 19, 2025
Page 2

    Thank you for your consideration of this request.

                        Respectfully submitted,

                        s/Daniel A. Osborn
                        Daniel A. Osborn
                        OSBORN LAW, P.C.
                        43 West 43rd Street, Suite 131
                        New York, New York 10036
                        Telephone:   212-725-9800
                        Facsimile:   212-500-5115
                        dosborn@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)